UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. BLACK ARROW STRATEGIES LLC,<br><br>Plaintiffs,<br><br>v.<br><br>WIRELESS TELECOM GROUP, INC.,<br><br>*Defendants.* | Hon. Jamel K. Semper<br><br>*Civil Action No.* 2:26-cv-09463-JKS-MAH<br><br>**ORDER RESTORING MATTER TO ACTIVE DOCKET, UNSEALING MATTER, AND UNSEALING CERTAIN DOCUMENTS** |

**FILED IN CAMERA AND UNDER SEAL**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS on this 27th day of October, 2026,

ORDERED that:

1. This matter shall be unsealed;

2. The Complaint shall be unsealed and served upon the defendants by the relator;

3. This Order and the United States' Notice of Election to Decline to Intervene shall be unsealed, and the relators shall serve these documents upon the defendants after service of the Complaint;

4. All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants;

5. The seal is lifted as to all other matters occurring in this action after the date of this Order;

6. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time and may seek the dismissal of the relator's action or claim;

7. The parties shall serve all notices of appeal upon the United States;

8. All orders of this Court shall be sent to the United States; and

9. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

HON. JAMEL K. SEMPER
United States District Judge